UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL BERRY,

    Plaintiff,

~vs~

CITY OF TAMPA,

    Defendant.
_____/

## NOTICE OF REMOVAL

**COMES NOW**, Defendant, **City of Tampa,** pursuant to 28 U.S.C. § 1441 and § 1446, by and through the undersigned attorney, and file this Notice of Removal of this action from the 13th Judicial Circuit in and for Hillsborough County, Florida (Case No, 10-ca-011325, Division "H") to the United States District Court for the Middle District of Florida, Tampa Division, and in support of Removal, Defendant, states as follows:

### PRELIMINARY FACTS

1. This is a civil action seeking damages against the City of Tampa for actions under color of law, which allegedly deprived Michael Berry of his "civil rights" under the Constitution and laws of the United States of America, specifically the Plaintiff's Complaint asserts a cause of action under 42 U.S.C. §1983 in Count I: that the Plaintiff's Fourth Amendment constitutional rights were violated as a result of the force used during the course of his arrest on April 6, 2007. The Complaint seeks a reward of damages as a result of said alleged violations.

2. On or about May 27, 2010, Plaintiff filed a civil action in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, Case no. 10-CA-011325, Division "H", in which the City of Tampa, a municipal corporation of the State of Florida was named as the Defendant.

3. The Complaint is the first occasion when Constitutional issues and/or federal questions of any nature have been alleged in this state court action. This pleading was served upon Defendant, City of Tampa on June 7, 2010.

## FEDERAL JURISDICTION

4. This Honorable Court has jurisdiction of this cause of action pursuant to 28 U.S.C. §1331 and 28 U.S.C.§1343 (a)(3) and (4), since this is a civil action arising under the Constitution, federal law or federal statutes and seeks to redress the alleged deprivation, under color of state law, statute, ordinance, regulation, custody, or usage of rights or privileges secured by the Constitution of the United States of America or by an act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States; and this action alleges damages or other relief allegedly resulting from the claimed violation of civil rights.

## TIMELINESS OF REMOVAL

5. This Notice of Removal is timely, as the Plaintiff's Complaint was filed with the state court on or about May 27, 2010 and was served on the Defendant, City of Tampa on June 7, 2010 and is the first pleading which raises any federal questions or any alleged violations of civil rights or other rights secured by the United States Constitution. A copy of

the Complaint filed in the State Court proceedings is attached hereto along with all other pleadings which have been filed in the State court action.

### STATE COURT PLEADINGS

6.  Defendant has filed the originals, in Adobe (pdf) format via diskette, scanned copies, of all process, pleadings, orders or other papers or exhibits of every kind that have been filed in the state court action as of the date of this filing.

**WHEREFORE**, Defendant, CITY OF TAMPA, respectfully requests that this Honorable Court enter its Order Removing the entire case from the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully Submitted,

_/s/Ursula D. Richardson_____
**Ursula D. Richardson, Esquire**
**Assistant City Attorney, City of Tampa**

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Removal Notice was filed with the Clerk of the Circuit Court for the 13th Judicial Circuit in and for Hillsborough County, Florida, Civil Division, this 9th day of June, 2010.

**I FURTHER CERTIFY** that a true and correct copy of the foregoing has been furnished via regular U.S. Mail to: Sanga Turnbull, Esquire, Hardaway Turnbull Law Firm, 1022 Lakeland Hills Boulevard, Lakeland, FL 33805 (attorney for Plaintiff) this 9th day of June, 2010.

**CHARLES R. FLETCHER**
**CITY ATTORNEY, CITY OF TAMPA**

/s/ Ursula D. Richardson
**URSULA D. RICHARDSON**, Esquire
Assistant City Attorney
FBN: 0064467
315 E. Kennedy Boulevard, 5th Floor
Tampa, FL 33602
(813) 274-7205 Telephone
(813) 274-8809 Facsimile
Ursula.Richardson@Tampagov.net
Attorney for Defendant