IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

MICHAEL BERRY,

        Plaintiff,

vs.

CITY OF TAMPA,

        Defendant.

_____/

CASE NO.:
DIVISION:

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, MICHAEL BERRY, by and through the undersigned counsel and hereby sues Defendant, CITY OF TAMPA and alleges:

1. Plaintiff, MICHAEL BERRY, is a resident of Hillsborough County, Florida.

2. Defendant, CITY OF TAMPA is a governmental entity which provides numerous governmental services including Police Services in Hillsborough County.

3. This is an action for damages, exclusive of attorneys' fees and cost, that is in excess of $15,000.00.

## COUNT I § 1983

## EXCESSIVE FORCE CLAIM AS TO CITY OF TAMPA

4. On or about April 6, 2007, Plaintiff was the passenger of a 1988 Chevy Truck in Tampa, Florida.

5. And or about the time of the incident Plaintiff was transporting metals in the back of the truck when the officers employed by the City of Tampa suspected he may have been transporting stolen materials.

6. At the time and place complained of defendant willfully and deliberately ordered and directed certain police officers of the City of Tampa, Hillsborough County, Florida, to arrest and detain plaintiff against the will of plaintiff, on defendant's charge that plaintiff had committed a crime.

7. Instead of advising Plaintiff in defendant's official capacity via sirens, flashing lights or verbal commands of Defendant's authority and intention to stop the Plaintiff to investigate the crime, Defendant rammed both the front and rear of Plaintiff's vehicle. At the time of the incident, plaintiff did not pose an immediate threat to the safety of the officers or others, was not actively resisting arrest or attempting to evade arrest by flight.

8. As a result of the accident, plaintiff suffered a chest contusion which required a heart catherization as well as a torn rotator cuff.

9. As a direct and proximate result of Defendant's breach of his duty Plaintiff suffered bodily injury in and about his body and extremities resulting in pain and suffering, disability disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and aggravation of previously existing conditions. These losses are permanent and will continue to bother Plaintiff in the future.

WHEREFORE, the Plaintiff demands judgment for damages against the Defendant for his attorney's fees and costs, pain and suffering, disability disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and aggravation of previously existing conditions.

Dated this 21st day of May, 2010.

HARDAWAY TURNBULL LAW FIRM

_____
**SANGA TURNBULL, ESQUIRE**
Florida Bar No.: 0585327
1022 Lakeland Hills Blvd.
Lakeland, Fl 33805
Telephone: (863) 688-7777
Facsimile: (863) 688-6160
Attorney for Plaintiff